Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Ramsey Denwon Hampton,** )<br>)<br>**Petitioner-Defendant** )<br>)<br>vs. )<br>)<br>**United States of America,** )<br>)<br>**Respondent-Plaintiff** ) | **Criminal Case Number:** 19-cr-40008<br><br>**Civil Case Number:** 21-cv-4122 |

### JUDGMENT ON MOTION UNDER 2255

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Hampton's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 is denied. The Court declines to issue a certificate of appealability and declines to hold an evidentiary hearing. This case is closed.

**Dated: 9/30/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court